Adam M. Shaw
Scott G. Gratton
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
sgratton@brownfirm.com
ashaw@brownfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THE UNDERWRITING MEMBER(S) OF LLOYD'S SYNDICATE 4711 FOR THE 2019 YEAR OF ACCOUNT,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA MUNICIPAL INTERLOCAL AUTHORITY and PATRICK J. CAMPBELL,<br><br>Defendants. | CV-22-07-BMM-JTJ<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff The Underwriting Member(s) of Lloyd's Syndicate 4711 for the 2019 Year of Account hereby notifies the Court and parties that Plaintiff dismisses this action.

No Court Order is necessary as the Defendants have not yet served an Answer.

1

DATED this 20th day of May, 2022.

                                        BROWN LAW FIRM, P.C.

                                      By:  /s/ Adam M. Shaw
                                          *Attorneys for Plaintiff*